```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION
```

DELMER VICTOR LEONARD, )
)
      Petitioner, ) Case No. 7:06CV00134
)
v. ) **FINAL ORDER**
)
UNITED STATES OF AMERICA, ) By: James C. Turk
) Senior United States District Judge
      Respondent. )

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is **DISMISSED** without prejudice as successive, and the action is stricken from the active docket of the court.

ENTER: March 13th, 2006.

/s/ James C. Turk
Senior United States District Judge