CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DELMER VICTOR LEONARD, ) | |
| ) | |
| Petitioner, ) | Case No. 7:06CV00134 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | By: James C. Turk |
| ) | Senior United States District Judge |
| Respondent. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is **DISMISSED** without prejudice as successive, and the action is stricken from the active docket of the court.

ENTER: March 13th, 2006.

*/s/ James C. Turk*
Senior United States District Judge